IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINCHAS RAUL,<br><br>    Plaintiff,<br><br>v.<br><br>TERRAFORM POWER, INC., BRIAN LAWSON, CAROLYN J. BURKE, CHRISTIAN S. FONG, HARRY GOLDGUT, RICHARD LEGAULT, MARK MCFARLAND, SACHIN SHAH,<br><br>    Defendants. | Civil Action No. 1:20-cv-05393 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Pinchas Raul hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 9, 2020

                  Respectfully submitted,

                  By: */s/ Joshua M. Lifshitz*
                  Joshua M. Lifshitz
                  Email: jml@jlclasslaw.com
                  **LIFSHITZ LAW FIRM, P.C.**
                  821 Franklin Avenue, Suite 209
                  Garden City, New York 11530
                  Telephone: (516) 493-9780
                  Facsimile: (516) 280-7376

                  *Attorneys for Plaintiff*